**Opinion issued April 14, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-26-00320-CV

————————————

## IN RE ANJENEYA VIJAY CHERUVU, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Anjeneya Vijay Cheruvu, proceeding pro se, filed a petition for writ of mandamus challenging the trial court's March 19, 2026 "Order Holding [Relator] in Contempt (Possession or Access)."[1]  In his petition for writ of mandamus, relator argued that the trial court's contempt order was void because "the trial court lacked

---

[1]  The underlying case is *In the Interest of XXX, a Child*, Cause No. 14-DCV-217759, in the 505th District Court of Fort Bend County, Texas, the Honorable Kali L. Morgan presiding.

jurisdiction to render" the order.  Relator therefore requested that this Court grant mandamus relief and direct the trial court to vacate its March 19, 2026 contempt order.

We conclude that relator has failed to establish he is entitled to mandamus relief, and therefore, the Court denies relator's petition for writ of mandamus.  We dismiss any pending motion as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.